# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER ANN KINGSTON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00031- |
| v. | § | ALM-AGD |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On March 10, 2025, the Magistrate Judge entered a Report (Dkt. #23) recommending that the Commissioner's decision be affirmed. On March 24, 2025, Plaintiff filed an objection to the Report (Dkt. #24).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's objection (Dkt. #24), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner' decision is **AFFIRMED**.

**IT IS SO ORDERED.**

**SIGNED this 26th day of March, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE